EXHIBIT A

U. S. DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JEFFERY D. McCARTHY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Cause No. 1:00CV00036CAS |
| vs. | ) |
| | ) |
| BRYCO ARMS, et al. | ) |
| | ) |
| Defendants. | ) |

RECEIVED BY MAIL
MAY 16 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO.
CAPE GIRARDEAU

FILED
MAY 1 6 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

FILED
MAY 1 8 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiffs Jeffrey McCarthy and Wanda McCarthy and Defendants Bryco Arms and B.L. Jennings, Inc., pursuant to Rule 41(a)(l)(ii) of the Federal Rules of Civil Procedure, and hereby dismiss this cause of action with prejudice. Each party to bear its own costs.

MARK T. McCLOSKEY, P.C.

By _____
Mark T. McCloskey, #12925
120 S. Central, Suite 1750
Clayton, Missouri 63105
Telephone (314) 721-4000
Fax (314) 721-3664

Attorney for Plaintiffs

BRUINSMA & HEWITT

Michael C. Hewitt, Esq.
380 Clinton St., Suite C
Costa Mesa, CA 92626
Telephone (714) 755-0194
Fax (714) 755-0195

{1053\000\123962.DOC.}

#53

CARMODY MACDONALD P.C.

By: *[signature]*
John E. Hilton, #3402
7733 Forsyth, Suite 1600
St. Louis, Missouri 63105
Telephone (314) 726-5550
Fax (314) 726-5518

Attorneys for Defendants

SO ORDERED:

*[signature]*

5/18/01
DATE

{1053\000\123962.DOC.}          2

INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 05/18/01 by cgould
              1:00cv36     McCarthy vs Bryco Arms

28:1332 Diversity-Product Liability

| | |
|---|---|
| Michael Hewitt - | Fax: 714-755-0195 |
| John Hilton -  3402 | Fax: 314-726-5518 |
| Mark McCloskey -  12925 | Fax: 314-721-3664 |

SCANNED & FAXED BY:

MAY 18 2001

CSG

Case: 1:00-cv-00036-SAS Doc. #: 3 Filed: 05/18/01 Page: 1 of 3 PageID #: 5